✎JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

2:26-CV-30  Received: 07/27/2026

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MOUNTAIN LINEN SERVICE, LLC

**(b)**   County of Residence of First Listed Plaintiff     **Pocahontas Co., WV**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Matthew H. Nelson, Farmer, Cline & Campbell
453 Suncrest Towne Centre Dr., Ste #300
Morgantown, WV 26505                    (304) 225-5990

## DEFENDANTS

THE LAUNDRYLIST.COM., INC. d/b/a
THE LAUNDRY LIST and BRIAN B. COHEN

County of Residence of First Listed Defendant     **Los Angeles Co., CA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II.  BASIS OF JURISDICTION    (Place an "X" in One Box Only)

- ❒ 1   U.S. Government
       Plaintiff
- ❒ 2   U.S. Government
       Defendant
- ❒ 3   Federal Question
       (U.S. Government Not a Party)
- ☒ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❒ 1 | Incorporated or Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ❒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV.  NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ❒ 610 Agriculture | ❒ 422 Appeal 28 USC 158 | ❒ 400 State Reapportionment |
| ❒ 120 Marine | ❒ 310 Airplane    ❒ 362 Personal Injury - | ❒ 620 Other Food & Drug | ❒ 423 Withdrawal | ❒ 410 Antitrust |
| ❒ 130 Miller Act | ❒ 315 Airplane Product    Med. Malpractice | ❒ 625 Drug Related Seizure |     28 USC 157 | ❒ 430 Banks and Banking |
| ❒ 140 Negotiable Instrument |    Liability    ❒ 365 Personal Injury - |    of Property 21 USC 881 |  | ❒ 450 Commerce |
| ❒ 150 Recovery of Overpayment | ❒ 320 Assault, Libel &    Product Liability | ❒ 630 Liquor Laws | **PROPERTY RIGHTS** | ❒ 460 Deportation |
|    & Enforcement of Judgment |    Slander    ❒ 368 Asbestos Personal | ❒ 640 R.R. & Truck | ❒ 820 Copyrights | ❒ 470 Racketeer Influenced and |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers'    Injury Product | ❒ 650 Airline Regs. | ❒ 830 Patent |    Corrupt Organizations |
| ❒ 152 Recovery of Defaulted |    Liability    Liability | ❒ 660 Occupational | ❒ 840 Trademark | ❒ 480 Consumer Credit |
|    Student Loans | ❒ 340 Marine    **PERSONAL PROPERTY** |    Safety/Health |  | ❒ 490 Cable/Sat TV |
|    (Excl. Veterans) | ❒ 345 Marine Product    ❒ 370 Other Fraud | ❒ 690 Other |  | ❒ 810 Selective Service |
| ❒ 153 Recovery of Overpayment |    Liability    ❒ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❒ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ❒ 350 Motor Vehicle    ❒ 380 Other Personal | ❒ 710 Fair Labor Standards | ❒ 861 HIA (1395ff) |    Exchange |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle    Property Damage |    Act | ❒ 862 Black Lung (923) | ❒ 875 Customer Challenge |
| ☒ 190 Other Contract |    Product Liability    ❒ 385 Property Damage | ❒ 720 Labor/Mgmt. Relations | ❒ 863 DIWC/DIWW (405(g)) |    12 USC 3410 |
| ❒ 195 Contract Product Liability | ❒ 360 Other Personal    Product Liability | ❒ 730 Labor/Mgmt.Reporting | ❒ 864 SSID Title XVI | ❒ 890 Other Statutory Actions |
| ❒ 196 Franchise |    Injury |    & Disclosure Act | ❒ 865 RSI (405(g)) | ❒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ❒ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❒ 892 Economic Stabilization Act |
| ❒ 210 Land Condemnation | ❒ 441 Voting    ❒ 510 Motions to Vacate | ❒ 790 Other Labor Litigation | ❒ 870 Taxes (U.S. Plaintiff | ❒ 893  Environmental Matters |
| ❒ 220 Foreclosure | ❒ 442 Employment    Sentence | ❒ 791 Empl. Ret. Inc. |    or Defendant) | ❒ 894 Energy Allocation Act |
| ❒ 230 Rent Lease & Ejectment | ❒ 443 Housing/    **Habeas Corpus:** |    Security Act | ❒ 871 IRS—Third Party | ❒ 895 Freedom of Information |
| ❒ 240 Torts to Land |    Accommodations    ❒ 530 General |  |    26 USC 7609 |    Act |
| ❒ 245 Tort Product Liability | ❒ 444 Welfare    ❒ 535 Death Penalty | **IMMIGRATION** |  | ❒ 900Appeal of Fee Determination |
| ❒ 290 All Other Real Property | ❒ 445 Amer. w/Disabilities -    ❒ 540 Mandamus & Other | ❒ 462 Naturalization Application |  |    Under Equal Access |
|  |    Employment    ❒ 550 Civil Rights | ❒ 463 Habeas Corpus - |  |    to Justice |
|  | ❒ 446 Amer. w/Disabilities -    ❒ 555 Prison Condition |    Alien Detainee |  | ❒ 950 Constitutionality of |
|  |    Other | ❒ 465 Other Immigration |  |    State Statutes |
|  | ❒ 440 Other Civil Rights |    Actions |  |  |

## V.  ORIGIN    (Place an "X" in One Box Only)

- ☒ 1  Original
      Proceeding
- ❒ 2  Removed from
      State Court
- ❒ 3  Remanded from
      Appellate Court
- ❒ 4  Reinstated or
      Reopened
- ❒ 5  Transferred from
      another district
      (specify)
- ❒ 6  Multidistrict
      Litigation
- ❒ 7  Appeal to District
      Judge from
      Magistrate
      Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):
**28 U.S.C. Section 1332**

Brief description of cause:
**Breach of Contract**

## VII.  REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

**DEMAND $**
**Over $75,000.00**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☒ Yes    ❒ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):      JUDGE _____      DOCKET NUMBER _____

DATE
**July 24, 2026**

SIGNATURE OF ATTORNEY OF RECORD
*/s/J. Tyler Barton*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____