# Invoice



| | Date | Invoice # |
|---|---|---|
| | 5/17/2023 | M10488 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Q#BC050823-01 | Upon Receipt of Inv. | BC | Best | see below | TBD |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | The Laundry List Rebuilt - With 90-Day TLL Parts Warranty<br>2011 Milnor PulseFlow 10-mod, 110lb. CBW<br>Model Number is 76028<br>Serial Number is AAL/1133220701<br>FOB: Earth City, MO | | |
| 1 | The Laundry List Rebuilt - With 90-Day TLL Parts Warranty<br>2007 Milnor Single Stage Press<br>Model Number is MP1603CL<br>Serial Number is 0703272601<br>FOB: Earth City, MO | | |
| 1 | Inspected, Certified<br>2017 Milnor Shuttle<br>Model Number is COSHP112<br>Serial Number is 171370095<br>FOB: Las Vegas, NV | | |
| 4 | Inspected, Certified<br>2017 Milnor System Dryers with 2017 Milnor Lint Vac<br>Model Number is 6458<br>Serial Numbers are 171381071, 171381069, 171380454, 171381068<br>FOB: Las Vegas, NV | | |
| 1 | Inspected, Certified<br>2017 Milnor Conway 4-Pocket Loading Conveyor with Weight Cells<br>Model Number is CONW304H<br>Serial Number is 161261892<br>FOB: Earth City, MO<br>Package Price for System | 425,000.00 | 425,000.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Sales Tax ()

**Total USD**

**Payments/Credits**

**Balance Due**

**Accepted By**

**Date**

Page 1

**EXHIBIT A**

MLS00001

# Invoice



| | Date | Invoice # |
|---|---|---|
| | 5/17/2023 | M10488 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Q#BC050823-01 | Upon Receipt of Inv. | BC | Best | see below | TBD |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | The Laundry List Rebuilt - With 90-Day TLL Parts Warranty<br>2004 Milnor System Dryer<br>Model Number is 6458TG1L<br>Serial Number is AAG/0401811101<br>with Festooned Cable and Extra Track<br>FOB: Las Vegas, NV | 45,000.00 | 45,000.00 |
| 1 | Inspected, Certified<br>Ingersoll Rand 60HP Air Compressor<br>Model Number is IRN60H-CC<br>Serial Number is NV3263U07325<br>Voltage is 480/60/3<br>FOB: Roanoke, VA | 10,000.00 | 10,000.00 |
| 1 | Inspected, Certified<br>2022 Kaesar Refrigeration Dryer<br>Model Number is TD61<br>Serial Number is 1322-8746607<br>Voltage is 480/60/3<br>FOB: Roanoke, VA | 4,000.00 | 4,000.00 |
| 1 | Inspected, Certified<br>Lot, Approximately 30' Conveyor<br>FOB: Las Vegas, NV | 0.00 | 0.00 |
| 1 | Inspected, Certified<br>Milnor - Remote / Load Control<br>FOB: Earth City, MO | 4,500.00 | 4,500.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Sales Tax ()

**Total USD**

**Payments/Credits**

**Balance Due**

Accepted By                                    Date
Page 2

MLS00002

# Invoice



| Date | Invoice # |
|------|-----------|
| 5/17/2023 | M10488 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Q#BC050823-01 | Upon Receipt of Inv. | BC | Best | see below | TBD |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Estimated Freight Charges for equipment listed above to Slatyfork, WV (includes freight for spare parts) | 53,000.00 | 53,000.00 |
| 1 | The Laundry List Recommended Spare Parts List (Please see attachment "A" for list) | 88,828.28 | 88,828.28 |
| 1 | The Laundry List Warranty for Reguilt Equipment (Please see attachment "B" | 0.00 | 0.00 |
| | Terms: 80% Deposit due upon order, Balance due upon delivery. | | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

| | | |
|---|---|---|
| Sales Tax () | | $0.00 |
| **Total USD** | | **$630,328.28** |
| Payments/Credits | | $0.00 |
| **Balance Due** | | **$630,328.28** |

Accepted By _____  Date _____

Page 3

MLS00003

# Invoice



| | Date | Invoice # |
|---|---|---|
| | 5/17/2023 | M10489 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| BC050823-01 | Upon Receipt of Inv. | BC | Best | see below | TBD |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Installation of Milnor PulseFlow System from Invoice M10488<br><br>TLL will provide the riggers, technicians, machinery and tools for the installation of the Milnor Tunnel System provided in Invoice M10488. This includes; The Approximate Scope of Work:<br> 1. Rig Tunnel and Related System equipment off trucks and stage - approx. 2 Days<br> 2. Bring in the tunnel - Set, Mate, Make internal connections - approx. 3 Day<br> 3. Bring in the Conway and place it in the upstairs area - approx. 2 Days<br> 4. Bring in all the dryers – assemble on base and set in location - approx. 2 Days<br> 5. Set Conway over tunnel load chute assemble legs and anchor - approx. 2 Days<br> 6. Bring in the press set and assemble – approx. 2 Days<br> 7. Bring in the shuttle lay floor rail, install festoon rail & Controller - approx.3 Days<br> 8. Set Mentor & connect, Set Remote controller, & set PC Miltrac - approx.1 day<br> 9. Run serial link for all equipment and control cables for dryers and connect to Miltrac - approx. 4 Days<br> 10. Assist final utility connections, misc. materials not supplied by MLS, testing, start-up and training - approx 2-3 weeks<br><br>All plumbing, trenchwork, utilities, ducts, etc., to be installed by others.<br><br>Installation Costs also includes: freight (to and from site) for forklifts and tools, all travel related costs (including air, car rentals, per diems) other misc. necessary parts and materials for installation. Lodging provided by Mountain Linen Service. | 182,000.00 | 182,000.00 |

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                          Date

Sales Tax ()

**Total USD**

| Payments/Credits |
|---|
| **Balance Due** |

5010 N. Parkway Calabasas Suite 203, Calabasas, CA 91302  Tel: 818-789-8045  Fax 818-789-8065

MLS00004

# Invoice



| | Date | Invoice # |
|---|---|---|
| | 5/17/2023 | M10489 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| BC050823-01 | Upon Receipt of Inv. | BC | Best | see below | TBD |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Terms:<br>50% Deposit due prior to start<br>25% Payment due upon Tunnel System installed by TLL (after #8 above)<br>25% Balance due upon completion/start up | | |

*Agreed and accepted to terms of purchase on both sides of this invoice*

| | | |
|---|---|---|
| Sales Tax () | | $0.00 |
| **Total USD** | | **$182,000.00** |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | **$182,000.00** |

Accepted By _____    Date _____

Page 2
5010 N. Parkway Calabasas Suite 203, Calabasas, CA 91302   Tel: 818-789-8045   Fax 818-789-8065

MLS00005

# Invoice



| | Date | Invoice # |
|---|---|---|
| | 10/17/2023 | M10593 |

**Bill To**

Mountain Linen Service
P.O. Box 3842
Charleston, WV 25338
Mr. Steve Farmer (Tel: 304-741-2700)

**Ship To**

Slatyfork, WV
Customer Pick Up

| Purchase Order | Terms | Rep | Ship Via | F.O.B. | Shipping Date |
|---|---|---|---|---|---|
| Verbal | Upon Receipt of Inv. | BC | Best | Roanoke, VA | Immediate |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Used, As Is, Where Is, Milnor Dryer Take Away Conveyor<br><br>Freight Note:<br>All freight arranged by the Buyer must be scheduled through The Laundry List.  Freight Carrier also must confirm pick-up 24-48 hours prior to pick-up with The Laundry List.  All costs, due to any delays or missed pick ups, with freight arranged by the Buyer, will be the responsibility of the Buyer. | 7,000.00 | 7,000.00 |

**Freight is the responsibility of the buyer.**

*Agreed and accepted to terms of purchase on both sides of this invoice*

Accepted By                                    Date

| | |
|---|---|
| Sales Tax () | $0.00 |
| **Total USD** | **$7,000.00** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$7,000.00** |

MLS00006