## Parts Price List - Attachment "A"
Mountain Linen Service
Reference Invoice M10488



| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **64058 Dryers** | | | |
| MOUNT COLLAR ONLY #ZB5AZ0 | 1.00 | $ 10.60 | $ 10.60 |
| CONT BLOCK 1-NO #ZBE101 | 1.00 | $ 16.66 | $ 16.66 |
| SWITCH NO-CTR-OFF 2-MAINT | 1.00 | $ 32.84 | $ 32.84 |
| PUSH BUTTON OPR. BK/BK | 1.00 | $ 19.40 | $ 19.40 |
| CONTACT BLOCK W/BASE | 1.00 | $ 24.04 | $ 24.04 |
| CAPSW 12 180DEG ROLLER S | 1.00 | $ 288.66 | $ 288.66 |
| PRXSW QK CONN 18M NO-DC U | 1.00 | $ 257.91 | $ 257.91 |
| IGNITION TRANSFRMER Q624A | 1.00 | $ 517.44 | $ 517.44 |
| MK V 64 DRYER FIRE EYE | 1.00 | $ 123.09 | $ 123.09 |
| PULLEY ZINC PLATE #CPS615 | 1.00 | $ 60.48 | $ 60.48 |
| DRYER T/C 24"" PROBE ASSY | 1.00 | $ 458.88 | $ 458.88 |
| DRYER T/C PROBE 6"" W/BUSHING | 1.00 | $ 385.75 | $ 385.75 |
| FLANGE BRG 2-BOLT 1+7/16 | 1.00 | $ 655.88 | $ 655.88 |
| WHEEL SINGLE 9"OD URETHAN | 1.00 | $ 968.65 | $ 968.65 |
| DELTROL QUICK EXHAUST VLV | 1.00 | $ 121.94 | $ 121.94 |
| SHAFT=GUIDE ROLLER DRYER | 1.00 | $ 79.35 | $ 79.35 |
| V1000 INVERTER 5.5AMP 460 | 1.00 | $ 1,005.88 | $ 1,005.88 |
| A1000 INVERTER 39 AMP | 1.00 | $ 5,922.56 | $ 5,922.56 |
| AIRCYL.3"BOREX16.5X.75PIV | 1.00 | $ 873.04 | $ 873.04 |
| 3HP GEAR MOTOR RATIO 9.76 | 1.00 | $ 2,995.09 | $ 2,995.09 |
| 3HP 2P TEFC 208/230/460 6 | 1.00 | $ 2,325.49 | $ 2,325.49 |
| 25HP 2P TEFC UNIVOLTS | 1.00 | $ 7,384.61 | $ 7,384.61 |
| 1+11/16" BUSH VPUL QD TYP | 1.00 | $ 82.84 | $ 82.84 |
| 3/8" N/C 2WAY 120V50/60C | 1.00 | $ 216.28 | $ 216.28 |
| 1/2"N/C2WY120V50/60C VLV( | 1.00 | $ 525.25 | $ 525.25 |
| 6458 AIR CYL. DAMP=3" STR | 1.00 | $ 966.54 | $ 966.54 |
| 6458 AIR CYL. DAMP=2"STRO | 1.00 | $ 876.09 | $ 876.09 |
| DRYER BRG HSG REPLACEMENT KIT | 1.00 | $ 1,935.96 | $ 1,935.96 |
| GASKET DOORGLASS = DRYER | 1.00 | $ 23.46 | $ 23.46 |
| BLOWER SHAFT SEAL CAP | 1.00 | $ 53.10 | $ 53.10 |
| BLOWER SHAFT FELT SEAL | 1.00 | $ 14.23 | $ 14.23 |
| BLOWER SHAFT TEFLON SEAL | 1.00 | $ 20.23 | $ 20.23 |
| 6458 FRONT SEAL/FELT/NOME | 1.00 | $ 674.04 | $ 674.04 |
| FUSEHOLDER 10A 1P 300V IE | 1.00 | $ 21.35 | $ 21.35 |
| FUSEHOLDER 30A 1P 600V FU | 1.00 | $ 54.04 | $ 54.04 |
| SOLENOID 120V 60C #8940 | 1.00 | $ 317.73 | $ 317.73 |
| UP WASHER=2"OD=PISTON CUP | 1.00 | $ 9.73 | $ 9.73 |
| 2.38"ACYL BRASS PISTONCUP | 1.00 | $ 30.75 | $ 30.75 |
| WASHER=PISTON CUP COMP LI | 1.00 | $ 9.44 | $ 9.44 |

**EXHIBIT B**

MLS00007

| Description | Qty | Unit Price | Ext. Price |
|---|---|---|---|
| PISTON CUP=DUMPVALVE 2+3/ | 1.00 | $ 5.21 | $ 5.21 |
| 6 OUTPUT BOARD->TEST | 1.00 | $ 102.44 | $ 102.44 |
| BD:DRY SAFETY ROTATION->T | 1.00 | $ 157.06 | $ 157.06 |
| BD:SERIAL A-D CONVERT->TE $ | 2.00 | $ 808.03 | $ 1,616.05 |
| BD:SER A-D+THERMOCOUP>TES | 1.00 | $ 1,363.35 | $ 1,363.35 |
| BD:SERIAL D-A CONVERTR->T | 2.00 | $ 557.85 | $ 1,115.70 |
| BD:SERIAL 24 OUTPUT->TEST | 1.00 | $ 770.84 | $ 770.84 |
| BD: SERIAL 186PROCESSOR S | 1.00 | $ 1,974.65 | $ 1,974.65 |
| TRANSCVR/RECVR TI#SN75LBC | 1.00 | $ 25.66 | $ 25.66 |
| 40 WATT POWER SUPPLY TEST | 3.00 | $ 175.39 | $ 526.17 |
| 4PDT MINITURE RELAY PT W/ | 3.00 | $ 48.88 | $ 146.63 |
| PRXSW QK CONN 18M NO-DC S | 2.00 | $ 163.38 | $ 326.76 |
| PROXSW QK CONN 30M NO-AC | 2.00 | $ 293.79 | $ 587.58 |
| CON:90DEG FEMALE DC 3A300 | 3.00 | $ 56.53 | $ 169.59 |
| CONN.ST.FEM 3-PIN AC 3A 5 | 1.00 | $ 57.28 | $ 57.28 |
| 1/8"AIRPILOT 3W NC 120V50 | 2.00 | $ 143.25 | $ 286.50 |
| 1/8"AIRPILOT 3W NO 120V50 | 2.00 | $ 231.23 | $ 462.46 |
| 6458 LOAD DOOR CABLE - SH | 1.00 | $ 138.98 | $ 138.98 |
| 6458 LOAD DOOR CABLE - LO | 1.00 | $ 161.60 | $ 161.60 |
| KH SOCKET 14-PIN DIN MO | 1.00 | $ 73.50 | $ 73.50 |
| RELAY-LATCH DPDT 120V 2-C | 2.00 | $ 223.03 | $ 446.06 |
| E1 PLUS OL RELAY 3.2-16A | 1.00 | $ 224.00 | $ 224.00 |
| AUX.SW. 1-NO/1-NC FRONT M | 1.00 | $ 49.55 | $ 49.55 |
| 16A 3P MCS CONT NR 120V5/ | 1.00 | $ 155.85 | $ 155.85 |
| GAS PRESS SW RANGE .2-2.4 | 2.00 | $ 572.66 | $ 1,145.32 |
| PHOTOEYE VALU-BEAM 10-30D | 1.00 | $ 682.25 | $ 682.25 |
| FELT 3/8"THK X 1"W SAE F-  per ft | 1.00 | $ 5.66 | $ - |
| FELT 1/2"THK X 1+1/4"W SA    Per ft | 1.00 | $ 8.29 | $ - |
| FELT 3/4"THKX1/2"W F7=0.6 -  Per ft | 1.00 | $ 7.73 | $ - |
| THERMOSW.FENWAL CLOSE @ | 1.00 | $ 384.91 | $ 384.91 |
| THERMOSW.FENWAL OPEN @ 550 | 1.00 | $ 470.56 | $ 470.56 |
| THERMOSTAT CLOSES AT 225- | 1.00 | $ 200.00 | $ 200.00 |
| ORING 5/16ID 1/16CSBUNA70 | 3.00 | $ 0.28 | $ 0.84 |
| ORING 2"IDX3/16CS BUNA70 | 3.00 | $ 0.59 | $ 1.77 |
| *4" GUIDE ROLLER WHEEL AS | 2.00 | $ 530.85 | $ 1,061.70 |
| | | | |
| **76028 PULSEFLOW** | | | |
| PISTON CUP 2.375X.750=VIT | 1.00 | $ 43.48 | $ 43.48 |
| BUMPER=DUMP VALVE BONNET | 1.00 | $ 25.03 | $ 25.03 |
| DUMP VALVE BUMPER RETAINE | 1.00 | $ 21.88 | $ 21.88 |
| WASHER 3/8IDX1.250D DUMPV | 1.00 | $ 12.09 | $ 12.09 |
| BD:SERIAL 8 CARD MOTHER-T | 1.00 | $ 191.69 | $ 191.69 |
| BD:HI-RES SERIAL D-A->TES | 1.00 | $ 681.11 | $ 681.11 |
| BD:ARM7 SERIAL PROCESSOR- | 1.00 | $ 1,212.15 | $ 1,212.15 |
| RELAY 3PDT DIFGLD 11PIV 1 | 1.00 | $ 107.79 | $ 107.79 |
| MILNOR CHAIN LUBRICANT | 1.00 | $ 353.13 | $ 441.41 |
| DUMP VALVE AIR CYL GASKET | 1.00 | $ 8.09 | $ 8.09 |

| Description | Qty | Unit Price | Extended |
|---|---|---|---|
| LG CBW-LOAD CHUTE SEAL | 1.00 | $ 420.73 | $ 420.73 |
| UNIT/UNIT TRANS RING SEAL | 1.00 | $ 652.40 | $ - |
| ELECT ADJ RELAY .5-30 120 | 1.00 | $ 130.54 | $ 130.54 |
| AUX CONTACT FOR IEC MINI | 1.00 | $ 225.30 | $ 225.30 |
| IEC MINI CIR.BREAK 10A 4 | 1.00 | $ 506.51 | $ 506.51 |
| OVERLOAD PROTECTOR ADJ.6 | 1.00 | $ 757.35 | $ 757.35 |
| OVERLOAD PROTECTOR ADJ. 1 | 1.00 | $ 857.48 | $ 857.48 |
| EI PLUS OL RELAY 1.0-5.0A | 1.00 | $ 231.85 | $ 231.85 |
| 12A 3P MCS CONT NR 120V5/ | 1.00 | $ 138.64 | $ 138.64 |
| 72A 3P MCS CONT NR 120V5/ | 1.00 | $ 527.60 | $ 527.60 |
| PHOTOEYE EMITTER 24/120V | 1.00 | $ 512.10 | $ 512.10 |
| PHOTOEYE RECEIVER 24/120V | 1.00 | $ 593.13 | $ 593.13 |
| PHOTOEYE ON/OFF LOGICMOD | 1.00 | $ 298.71 | $ 298.71 |
| QD-FLEX.COUP.=5018SH 1+3/ | 2.00 | $ 197.06 | $ 394.12 |
| FLEX.COUP.-CHAIN=5018CHN | 2.00 | $ 130.85 | $ 261.70 |
| FLOW SENSOR SIGNET #P5153 | 1.00 | $ 1,358.09 | $ 1,358.09 |
| ROLLCHAIN RC120HKR 15.75F | 1.00 | $ 1,247.41 | $ 1,559.27 |
| | | | |
| **CONWAY** | | | |
| *CONVEYOR E-STOP ASSY 1UP | | | $ - |
| TDR F2S 2PDT 11PIN 120V60 | 1.00 | $ 241.81 | $ 241.81 |
| SHAFTCOLLAR 1.4375 CFG #2 | 1.00 | $ 305.10 | $ 305.10 |
| FLGEBRG.HUBCITY 3-BOLT-DO | 1.00 | $ 20.03 | $ 20.03 |
| MINI-SW SPDT STAKON #V-15 | 1.00 | $ 122.53 | $ 122.53 |
| BODY-EL90MALE.25X1/8 #269 | 1.00 | $ 15.59 | $ 15.59 |
| | 1.00 | $ 2.94 | $ 2.94 |
| | | | $ - |
| **COSH112** | | | $ - |
| TDR .1S-10M 100-120VAC | 1.00 | $ 362.21 | $ 362.21 |
| MICSW SPDT PAINTED BZE6-R | 1.00 | $ 185.81 | $ 185.81 |
| DEMAGHOIST 1 TON 24FT/MIN | 1.00 | $ 7,009.24 | $ 7,009.24 |
| THERMOSTAT OPENS AT 175F | 1.00 | $ 109.25 | $ 109.25 |
| 23A 3P MCS CONT NR 120V5/ | 1.00 | $ 172.25 | $ 172.25 |
| PUSH BUTTON OPR GN/BK | 1.00 | $ 19.40 | $ 19.40 |
| SW ASSY EMER STOP VERSION | 1.00 | $ 147.63 | $ 147.63 |
| 1/2HP 4P TENV W/O BRK C56 | 1.00 | $ 1,234.08 | $ 1,234.08 |
| 1HP 4P TEFC C56 W/O BRK U | 1.00 | $ 1,465.43 | $ 1,465.43 |
| 8 CIRCUIT SNUBBER->TESTED | 1.00 | $ 190.21 | $ 190.21 |
| FLG BRG 1" BROWN#VF2S-116 | 1.00 | $ 130.79 | $ 130.79 |
| BRG TIMK#L44643 ASSY 902A | 1.00 | $ 190.56 | $ 190.56 |
| SHAFTCOLLAR 1" CLPTYPE CF | 1.00 | $ 24.31 | $ 24.31 |
| REDUCER 30:1 SF718-30T-B5 | 1.00 | $ 1,250.28 | $ 1,250.28 |
| REDUCER 60:1 GF6026AG | 1.00 | $ 1,492.15 | $ 1,492.15 |
| | | | $ - |
| **Press** | | | $ - |
| BD:HI-RES SERIAL D-A+15V- | 1.00 | $ 906.56 | $ 906.56 |
| P.E. EMITTER AC #SM303E W | 1.00 | $ 457.96 | $ 457.96 |
| PHOTOEYE RECEIVER AC | 1.00 | $ 683.98 | $ 683.98 |

MLS00009

| | | | |
|---|---|---|---|
| PROXSW QD CONN 12M NO-DC | 1.00 | $ 225.04 | $ 225.04 |
| PROX SW QK CONN 30M NO-DC | 1.00 | $ 202.19 | $ 202.19 |
| FILTER ELEMENT-REPLACEMEN | 1.00 | $ 131.08 | $ 131.08 |
| FILTER 11 MIC 8.27"LG DO | 1.00 | $ 139.78 | $ 139.78 |
| MEMBRANE/RING ASSY 900MM | 1.00 | $ 5,006.80 | $ 6,258.50 |
| E1 PLUS OL RELAY 9-45A | 1.00 | $ 315.21 | $ 315.21 |
| 37A 3P MCS CONT NR 120V5/ | 1.00 | $ 311.08 | $ 311.08 |
| * 12A 3P REV+2N/C 120V5/6 | 1.00 | $ 417.28 | $ 417.28 |
| COUP.ASSY.=1+5/8"BOREX3/8 | 1.00 | $ 190.73 | $ 190.73 |
| COUP.ASSY.=1+1/4"BOREX5/1 | 1.00 | $ 175.28 | $ 175.28 |
| HYTREL INSERT-MAGNA#M370H | 1.00 | $ 92.91 | $ 92.91 |
| BELT 42"W X 183"LG ENDLES | 1.00 | $ 4,616.20 | $ 5,770.25 |
| KEYPAD:5X6 MATRIX GENERIC | 1.00 | $ 414.48 | $ 414.48 |
| | | | $ - |
| **RAIL PLAN** | | | $ - |
| 12GA FESTOON TOW TROLLEY/ | 1.00 | $ 187.91 | $ 187.91 |
| 12GA FESTOON TROLLEY/2 SA | 3.00 | $ 162.91 | $ 488.73 |
| | | **SUBTOTAL** $ | 88,828.51 |

MLS00010