AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF WEST VIRGINIA
### Elkins Division

|  |  |  |
|---|---|---|
| **MOUNTAIN LINEN SERVICE, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  2:26-CV-30 |
| **THELAUNDRYLIST.COM., INC. d/b/a THE LAUNDRY LIST and BRIAN B. COHEN** | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **THELAUNDRYLIST.COM., INC. d/b/a**
> **THE LAUDRY LIST**
> **Brian B. Cohen**
> **5010 N. Parkway Calabasas Suite 203**
> **Calabasas, CA 91302**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Matthew H. Nelson, Esq.**
> **Christian A. Huffman, Esq.**
> **J. Tyler Barton, Esq.**
> **FARMER, CLINE & CAMPBELL, PLLC 453**
> **Suncrest Towne Centre Drive, Suite #300**
> **Morgantown, WV 26505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:26-CV-30

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                              _____
                                                          *Server's signature*

                                                     _____
                                                          *Printed name and title*


                                                     _____
                                                          *Server's address*

Additional information regarding attempted service, etc: